*State, Respondent, v. Mothershead, Petitioner*, No. 93093-7. Petition for review of a decision of the Court of Appeals, No. 73634-5-I, March 28, 2016, 193 Wn. App. 1009. *Denied* August 31, 2016.

*State, Respondent, v. Brooks, Petitioner*, No. 93094-5. Petition for review of a decision of the Court of Appeals, No. 72564-5-I, March 28, 2016, 193 Wn. App. 1008. *Denied* August 31, 2016.

*State, Respondent, v. Cornelio, Petitioner*, No. 93097-0. Petition for review of a decision of the Court of Appeals, No. 46733-0-II, April 5, 2016, 193 Wn. App. 1014. *Denied* August 31, 2016.

*State, Respondent, v. De Jesus Hernandez, Petitioner*, No. 93100-3. Petition for review of a decision of the Court of Appeals, No. 72411-8-I, February 16, 2016, 192 Wn. App. 673. *Denied* August 31, 2016.

*State, Respondent, v. Sangtachan Fong, Petitioner*, No. 93113-5. Petition for review of a decision of the Court of Appeals, No. 72854-7-I, March 21, 2016, 193 Wn. App. 1004. *Denied* August 31, 2016.

*State, Respondent, v. Graham, Petitioner*, No. 93114-3. Petition for review of a decision of the Court of Appeals, No. 73107-6-I, April 25, 2016, 193 Wn. App. 1033. *Denied* August 31, 2016.

*State, Respondent, v. Cochran, Petitioner*, No. 93116-0. Petition for review of a decision of the Court of Appeals, No. 46721-6-II, April 12, 2016, 193 Wn. App. 1018. *Denied* August 31, 2016.

*Amedson, Petitioner, v. Puget Sound Elec. Co. et al., Respondents*, No. 93122-4. Petition for review of a decision of the Court of Appeals, No. 47195-7-II, March 22, 2016, 193 Wn. App. 1006. *Denied* August 31, 2016.